Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-697**

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

## Title

**Title of Work:** 1011 Snowman Family

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 02, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** The Macneil Studio Ltd
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** The Macneil Studio Ltd
Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 25, 2024


# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-421-744**

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

## Title

| | |
|---|---|
| Title of Work: | 1316 Spooky House |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | July 17, 2014 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | The Macneil Studio Ltd |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | The Macneil Studio Ltd<br>Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Art Licensing International, Inc. |
| Address: | P.O. Box 2568<br>Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | September 25, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-421-449**

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 08, 2024

## Title

| | |
|---|---|
| **Title of Work:** | 1696 Cats and Dogs Watching Santa |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 27, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | The Macneil Studio Ltd, dba Richard Macneil |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | The Macneil Studio Ltd, dba Richard Macneil |
| | Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Art Licensing International, Inc. |
| **Address:** | P.O. Box 2568 |
| | Manchester Center, VT 05255 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 25, 2024 |

